# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SENECA SAWMILL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  16-1001C |
| v. | ) | (Filed: June 7, 2019) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's unopposed motion (filed June 7, 2019) to amend the schedule in this Court's order of May 13, 2019 is **GRANTED**.  Accordingly, the Court adopts the deadlines proposed in defendant's motion as set forth below.

- The government shall file a motion for summary judgment by **July 25, 2019**. The response to that motion and any reply shall be filed within the time prescribed by the court's rules.

- Defendant's expert witness disclosures and depositions of expert witnesses shall be deferred pending resolution of any dispositive motions.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge